M/V COSCO PIRAEUS
AND/OR OWNERS/CHARTERERS

# TAX INVOICE

Chimbusco Americas Inc.
100 Lighting Way,
Seacaucus, USA-NJ 07094
United States

| | |
|---|---|
| **DATE OF INVOICE :** | **29. October 2014** |
| **INVOICE NO :** | **197-1410087** |
| ORDER NO. : | 197-19200 |
| DATE OF SUPPLY : | 29. October 2014 |
| **DUE DATE :** | **27. November 2014** |

PORT: NEW YORK
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 1,405.500 MT | Fueloil 500 CST 3,5% | 491.00 MT | 690,100.50 |
| 252.440 MT | Fueloil 380-CST 1% | 522.00 MT | 131,773.68 |
| 130.340 MT | Gasoil 0,1% | 862.00 MT | 112,353.08 |

Total    USD    934,227.26

EXCHANGE RATE : USD 1 = USD 1.0000
USD:
The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**BANK:**

**ACCOUNT:**

**O.W. BUNKER FAR EAST (S) PTE. LTD. EAST**
300 Beach Road
#32-01/03, The Concourse
SINGAPORE 199555

Phone: +65 631 70 000
Fax:  +65 639 81 270

Telex: 051-9407 6641
Cables: OWBUNKER
E-Mail: wwsingapore@owbunker.com.sg
Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

Co. Reg. No: 199201808K
GST Reg. No: M2-0106089-3