M/V COSCO PIRAEUS
AND/OR OWNERS/CHARTERERS

OWB Singapore WW (East)  
300 Beach Road  
#32-01/03 The Concourse  
Singapore, SG-199555  
Singapore

**DATE OF INVOICE** : **01. November 2014**

**INVOICE NO** : **205-10183**

ORDER NO. : 205-10167

DATE OF SUPPLY : 29. October 2014

PORT: NEW YORK  
YOUR REFERENCE:

**DUE DATE** : **27. November 2014**

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 1,405.500 MT | Fueloil 500 CST 3,5% | 463.50 MT | 651,449.25 |
| 252.440 MT | 380-CST 1% | 502.70 MT | 126,901.59 |
| 130.340 MT | Gasoil 0,1% | 818.00 MT | 106,618.12 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount USD | 0.00 |
| Our VAT No. 99-0373556 | | Total USD | 884,968.96 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

INTERCOMPANY COUNTERPART: Vendor 90621  
**O.W. Bunker USA INC.**

**BANK:** ING BANK N.V.

2603 Augusta Drive  
Suite 440  
USA-TX 77057 Houston

**ACCOUNT:** IBAN: NL26 INGB 0020 1180 31

SWIFT: INGBNL2A

Phone: +1 281 946 2300  
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction  
of bank charges which are for buyers account.

EIN: 99-0373556